IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY W. FORD, | ) |
| Plaintiff, | ) 8:05CV0528 |
| vs. | ) ORDER |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et al., | ) |
| Defendants. | ) |

This matter is before the court on filing no. 14, the motion for extension of time to pay filing fee filed by the plaintiff. Plaintiff requests an extension of time in order to pay the initial partial filing fee as ordered by the court in filing no. 8. After review of the record, it appears that the plaintiff paid his initial partial filing fee on January 9, 2006 (filing no. 15). Therefore, the filing no. 14 is denied as moot.

SO ORDERED.

DATED this 16th day of February, 2006.

BY THE COURT:

S/F.A. GOSSETT
United States Magistrate Judge