IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY W. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05cv528 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 28, in which the plaintiff, Timothy W. Ford, a prisoner, requests an extension of time to complete service of process. The plaintiff's motion is granted. The plaintiff shall have until July 12, 2006 to complete the six (6) summons forms and six (6) USM-285 forms for service of process on the defendants in their individual capacity and to return the forms to the Clerk of Court at 111 South 18th Plaza, Suite 1152, Omaha, NE 68102. Then the Clerk of Court will copy the plaintiff's complaint and any supplements and forward all papers to the U.S. Marshal for service on the defendants without charge to the plaintiff. The deadline for service of process on the defendants is extended until August 30, 2006. Filing no. 28 is granted accordingly.

    SO ORDERED.

    DATED this 14th day of June, 2006.

                                                    BY THE COURT:

                                                    s/ F. A. GOSSETT
                                                    United States Magistrate Judge