IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY W. FORD, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 8:05CV528 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY DEPARTMENT OF CORRECTIONS, UNKNOWN STEPHENS, DCCC Officer, &#035;3261, UNKNOWN CONNELLEY, DCCC Officer, MONIKA BELL, DCCC Officer, UNKNOWN JACKSON, DCCC Officer, UNKNOWN MOSS, DCCC Officer, UNKNOWN SULLIVAN, DCCC Officer, UNKNOWN AND UNNAMED OFFICERS, UNKNOWN DCCC WARDEN, and UNKNOWN WHEELER, Lt., DCCC Officer, | ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

    This matter is before the court on the defendants' Motion to Extend Progression Order Deadlines (Filing No. 53), the plaintiff's Motion for an Order Resetting Progression Order Deadlines (Filing No. 54), and the defendant's Motion for Status Report (Filing No. 57). The Motions are granted and the Progression Order (Filing No. 40) is amended as follows.

    IT IS ORDERED:

    1. That the defendants' Motion to Extend Progression Order Deadlines (Filing No. 53) is granted;

    2. That the plaintiff's Motion for an Order Resetting Progression Order Deadlines (Filing No. 54) is granted;

    3. That the plaintiff's Motion for a Status Report (Filing No. 57) is granted; and the Progression Order (Filing No. 40) is amended as follows:

        1.    **Discovery Deadline.** All discovery, whether or not it is intended to be used at trial, shall be completed by **September 18, 2007**. All interrogatories, requests for

admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date.

      2.    **Motions for Summary Judgment**. All motions for summary judgment or partial summary judgment shall be filed by **November 12, 2007**.

4. The Clerk of Court is directed to send a copy of this Memorandum and Order to the Plaintiff at his last known address.

DATED this 18th day of June, 2007.

                        BY THE COURT:

                        s/ F.A. Gossett
                        United States Magistrate Judge